IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| Jennifer Cano, Individually and as the Administrator of the Estate of Pedro Cano Rodriguez; Kimberly Cano, Individually; and Peter Junior Cano, Individually,<br><br>                              Plaintiffs,<br><br>vs.<br><br>Tyson Foods, Inc.; Tyson Fresh Meats, Inc.; John H. Tyson; Samuel Dean Banks; Noel White; Tom Brower; Elizabeth Croston; Stephen R. Stouffer; Brent R. McElroy; Ed McAtee; Scott Little; Doug White; Laurie Garcia; and Amanda Brown,<br><br>                              Defendants. | CASE NO. 3:20-cv-00094-JAJ-HCA |

**EXPEDITED MOTION TO STAY/HOLD PROCEEDINGS IN ABEYANCE**

COME NOW, Defendants Tyson Foods, Inc., Tyson Fresh Meats, Inc., John H. Tyson, Samuel Dean Banks, Noel White, Tom Brower, Elizabeth Croston, Stephen R. Stouffer, Brent R. McElroy, Ed McAtee, Scott Little, Doug White, Laurie Garcia, and Amanda Brown ("Defendants"), pursuant to Local Rule 7(i) and 7(j), and for their Motion to Stay/Hold Proceedings in Abeyance, state as follows:

1.      Plaintiffs filed a Petition in Iowa state court alleging that Pedro Cano Rodriguez, a Tyson employee, passed away as a consequence of workplace exposure to COVID-19 (Dkt. 1-1). Defendants removed the case to federal court (Dkt. 1), because the Petition challenges actions taken by Defendants at the direction of a federal officer, 28 U.S.C. § 1442(a)(1), and because the Petition raises unique issues of federal law sufficient for federal question jurisdiction. 28 U.S.C. § 1331. Defendants then filed motions to dismiss the Petition for failure to state a claim and other grounds on December 7, 2020 (Dkts. 5-6).

2.      Plaintiffs moved to remand on December 16, 2020 (Dkt. 9), and remand is fully briefed and pending before the Court. *See* Dkt. 12 (Defendants' Resistance to the Motion for Remand); Dkt. 13 (Plaintiffs Reply in support of Plaintiffs' Motion to Remand); Dkt. 18 (Plaintiffs' Supplement to Plaintiffs' Motion to Remand). The Court already entered an Order Granting a Motion to Stay All Deadlines on December 23, 2020 until the Motion to Remand is ruled upon (Dkt. 11).

3.      The Eighth Circuit is currently considering the federal office jurisdictional issue that is very similar to the federal officer jurisdictional issue raised by Plaintiffs' motion to remand and Defendants' opposition.

4.      In particular, the cases of *Buljic, et al. v. Tyson Foods, Inc.*, *et al.*, No. 21-1010, and *Fernandez, et al. v. Tyson Foods, Inc., et al.*, No. 21-1012, involve claims by Tyson employees who allege exposure to COVID-19—and like this case, those cases present the question of whether federal directives Tyson received during the pandemic as part of the nation's critical food infrastructure support federal officer

removal jurisdiction. Those cases were also filed in state court and removed to federal court based on federal officer removal. The district court granted remand in *Buljic* and *Fernandez*, and all defendants including Tyson exercised their rights to immediately appeal to the Eighth Circuit.

5.    A consolidated appellate briefing schedule has been set, and of particular significance here, the Eighth Circuit granted a stay pending its disposition of the appeal. *See Buljic* Appeal Briefing Schedule Order (Jan. 4, 2021), attached hereto as **Exhibit A**; *Fernandez* Appeal Briefing Schedule Order (Jan. 5, 2021), attached hereto as **Exhibit B**; Eighth Circuit Stay Order (Feb. 8, 2021), attached hereto as **Exhibit C** (staying the remand orders and consolidating the *Buljic* and *Fernandez* appeals). Defendants' opening brief was filed on February 16, 2021; Plaintiffs' response is due 30 days thereafter; and the reply brief is due 21 days following the response.

6.    For reasons set forth herein and in their Brief in Support, Defendants respectfully request that the Court stay all proceedings in this matter and hold all deadlines in abeyance until the Eighth Circuit issues a final ruling on the jurisdictional issues currently pending on appeal in *Buljic and Fernandez*.

7.    The requested stay here is appropriate to conserve judicial and party resources because the Eighth Circuit's forthcoming decision will likely provide highly relevant guidance for this Court's consideration of the propriety of jurisdiction or the need for a remand.

8.    Counsel for Defendants have conferred in good faith with counsel for Plaintiffs regarding this motion and Plaintiffs do not consent to this Motion to Stay.

For these and other reasons set forth in Defendants' Brief in Support of Motion to Stay Hold Proceedings in Abeyance, and in the interests of judicial efficiency, Defendants respectfully request that the Court stay all proceedings in this matter until after the Eighth Circuit issues a final ruling on the issues currently pending on

appeal in the matters of *Buljic, et al. v. Tyson Foods, Inc., et al.*, No. 21-1010, and *Fernandez, et al. v. Tyson Foods, Inc., et al.*, No. 21-1012.

Dated: February 26, 2021          Respectfully submitted,

<table>
<tr><td colspan="2">/s/ Kevin J. Driscoll</td></tr>
<tr><td>Kevin J. Driscoll</td><td>AT0002245</td></tr>
<tr><td>Tamara K. Hackmann</td><td>AT0003003</td></tr>
</table>

**FINLEY LAW FIRM, P.C.**
699 Walnut Street, Suite 1700
Des Moines, Iowa 50309
Telephone: 515-288-0145
Facsimile: 515-288-2724
Email: kdriscoll@finleylaw.com
        thackman@finleylaw.com

Christopher S. Coleman
(Admitted *pro hac vice*)
**Perkins Coie LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: 602.351.8000
Facsimile: 602-648.7000
Email: CColeman@perkinscoie.com

Mary Gaston
(Admitted *pro hac vice*)
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: MGaston@perkinscoie.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that, on February 26, 2021, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF system as follows:

> Matthew L. Preston
> Ann C. Gronlund
> Brad J. Brady
> **BRADY PRESTON GRONLUND PC**
> 2735 First Avenue S.E.
> Cedar Rapids, IA 52402
>
> *Attorneys for the Plaintiffs*

/s/ Kevin J. Driscoll