IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| Jennifer Cano, Individually and as the Administrator of the Estate of Pedro Cano Rodriguez; Kimberly Cano, Individually; and Peter Junior Cano, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>Tyson Foods, Inc.; Tyson Fresh Meats, Inc.; John H. Tyson; Samuel Dean Banks; Noel White; Tom Brower; Elizabeth Croston; Stephen R. Stouffer; Brent R. McElroy; Ed McAtee; Scott Little; Doug White; Laurie Garcia; and Amanda Brown,<br><br>Defendants. | CASE NO. 3:20-cv-00094-JAJ-HCA |

**JOINT STATUS REPORT REGARDING
EIGHTH CIRCUIT APPEAL**

Pursuant to the Court's order staying this case and directing the parties to file a status report by June 30, 2021 (Dkt. 22 at 5), all parties jointly file this Status Report to update the Court regarding the status of the Eighth Circuit consolidated appeals in *Buljic, et al. v. Tyson Foods, Inc., et al.*, No. 21-1010, and *Fernandez, et al. v. Tyson Foods, Inc., et al.*, No. 21-1012.

**Briefing is complete.** Tyson Foods, Inc. and the other defendants-appellants filed their opening brief in the consolidated appeal on February 18, 2021. *See Buljic & Fernandez*, Brief for Appellants (Feb. 18, 2021). The plaintiffs-appellees filed their answering brief on April 5, 2021, *id.*, Brief of Appellees (Apr. 5, 2021), and the defendants-appellants filed their reply brief on May 10, 2021, *id.*, Reply Brief for Appellants (May 10, 2021).

**Oral argument.** The Eighth Circuit has screened the *Buljic* and *Fernandez* consolidated appeals for oral argument, but the Court has not yet determined the exact date that oral argument will take place.

Dated: June 28, 2021                                        Respectfully submitted,

| /s/ Matthew L. Preston | | /s/ Kevin J. Driscoll | |
|---|---|---|---|
| Matthew L. Preston | AT0006314 | Kevin J. Driscoll | AT0002245 |
| Ann C. Gronlund | AT0010933 | Andrew T. Patton | AT0011703 |
| Brad J. Brady | AT0001138 | **FINLEY LAW FIRM, P.C.** | |

**BRADY PRESTON GRONLUND PC**                  699 Walnut Street, Suite 1700
2735 First Avenue S.E.                                            Des Moines, Iowa 50309
Cedar Rapids, IA 52402                                          Telephone: 515-288-0145
Telephone: 319-866-9277                                       Facsimile:  515-288-2724
Facsimile:  319-866-9280                                       Email: kdriscoll@finleylaw.com
Email: MPreston@BPGlegal.com                                      Apatton@finleylaw.com
                AGronlund@BPGlegal.com

**ATTORNEYS FOR PLAINTIFFS**                       Christopher S. Coleman
                                                                           (Admitted *pro hac vice*)
                                                                           **Perkins Coie LLP**
                                                                           2901 N. Central Avenue, Suite 2000

Phoenix, Arizona 85012
Telephone: 602.351.8000
Facsimile:  602.648.7000
Email: CColeman@perkinscoie.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that, on June 28, 2021, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF system as follows:

>Matthew L. Preston
>Ann C. Gronlund
>Brad J. Brady
>**BRADY PRESTON GRONLUND PC**
>2735 First Avenue S.E.
>Cedar Rapids, IA 52402
>
>*Attorneys for the Plaintiffs*

/s/ Kevin J. Driscoll