# EXHIBIT C

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| HUS HARI BULJIC, et al., | |
| *Plaintiffs-Appellees*, | |
| v. | No. 21-1010 |
| TYSON FOODS, INC., et al. | |
| *Defendants-Appellants*. | |
| OSCAR FERNANDEZ, | |
| *Plaintiff-Appellee*, | |
| v. | No. 21-1012 |
| TYSON FOODS, INC., et al. | |
| *Defendants-Appellants*. | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING**

Defendants-Appellants in the above-captioned cases respectfully move for an 18-day extension of the time within which to file their petition for rehearing. In support of this unopposed motion, Defendants-Appellants state as follows:

1. This appeal was docketed on January 4, 2021. The parties completed the briefing for this appeal on May 11, 2021. The Court heard oral argument on September 23, 2021.

2. The Court issued an order and judgment in this case affirming the district court's remand orders on December 30, 2021.

3. Defendants-Appellants intend to file a petition for rehearing in this appeal. Pursuant to Federal Rule of Appellate Procedure 40(a)(1), the petition is due on January 13, 2022.

4. In addition to the end-of-year holidays, counsel for Defendants-Appellants have significant briefing and argument obligations in other courts that would make it difficult to prepare an adequate Petition for Rehearing for the Defendants-Appellants by the current deadline. Those obligations include:

- presenting oral argument, *Pulse Network, L.L.C. v. Visa, Inc.*, No. 18-20669 (5th Cir.) (Jan. 5, 2022);

- presenting oral argument, *Silbersher v. Allergan, Inc.*, No. 21-15420 (9th Cir.) (Jan. 10, 2022);

- filing reply brief, *Glenn, et al., v. Tyson Foods, Inc., et al.*, No. 21-40622 (5th Cir.) (due Jan. 25, 2022).

5. Defendants-Appellants have conferred with counsel for Plaintiffs-Appellees, and counsel for Plaintiffs-Appellees have indicated that Plaintiffs-Appellees do not oppose the requested extension.

WHEREFORE, Defendants-Appellants respectfully request that this Court extend the deadline to file their petition for rehearing by 18 days, to and including Monday, January 31, 2022.

Respectfully submitted,

| | |
|---|---|
| | s/Paul D. Clement |
| NICHOLAS A. KLINEFELDT | PAUL D. CLEMENT |
| DAVID YOSHIMURA | *Counsel of Record* |
| FAEGRE DRINKER BIDDLE | ERIN E. MURPHY |
| & REATH | C. HARKER RHODES IV |
| 801 Grand Avenue | KIRKLAND & ELLIS LLP |
| 33rd Floor | 1301 Pennsylvania Avenue, NW |
| Des Moines, IA 50309 | Washington, DC 20004 |
| (515) 248-9000 | (202) 389-5000 |
| | paul.clement@kirkland.com |
| *Counsel for Appellants Tom Hart, Cody Brustkern, John Casey, Bret Tapken and James Hook* | *Counsel for Appellants Tyson Foods, Inc., Tyson Fresh Meats, Inc., John H. Tyson, Noel W. White, Dean Banks, Stephen R. Stouffer, and Tom Brower* |

January 4, 2022

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1(a), Appellant Tyson Foods, Inc. certifies that it does not have a parent corporation and that no publicly held corporation owns more than ten percent of its stock. Appellant Tyson Fresh Meats, Inc. hereby certifies that it is a wholly owned subsidiary of Tyson Foods, Inc.

## CERTIFICATE OF COMPLIANCE
## WITH TYPE-VOLUME LIMITATION

I hereby certify that:

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 261 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point font.

January 4, 2022

s/Paul D. Clement<br>
Paul D. Clement

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/Paul D. Clement<br>
Paul D. Clement