IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| Jennifer Cano, Individually and as the Administrator of the Estate of Pedro Cano Rodriguez; Kimberly Cano, Individually; and Peter Junior Cano, Individually, <br><br> Plaintiffs, <br><br> vs. <br><br> Tyson Foods, Inc.; Tyson Fresh Meats, Inc.; John H. Tyson; Samuel Dean Banks; Noel White; Tom Brower; Elizabeth Croston; Stephen R. Stouffer; Brent R. McElroy; Ed McAtee; Scott Little; Doug White; Laurie Garcia; and Amanda Brown, <br><br> Defendants. | CASE NO. 3:20-cv-00094-JAJ-HCA |

**NOTICE OF APPEAL**

Notice is hereby given that all Defendants appeal to the United States Court of Appeals for the Eighth Circuit from the Opinion and Order entered February 22, 2022 (Dkt. 31) remanding this case to the District Court for Johnson County, Iowa, as well as any and all orders related to Dkt. 31. Defendants are entitled to appeal the remand order as of right because this case was removed under 28 U.S.C. § 1442(a). *See* 28 U.S.C. § 1447(d) ("[A]n order remanding a case to the State court from which it was removed pursuant to section 1442 . . . of this title shall be reviewable by appeal or otherwise."); *see, e.g.*, *Jacks v. Meridian Res. Co.*, 701 F.3d 1224 (8th Cir. 2012) (appeal of federal officer removal as of right), *partially abrogated on other grounds by BP P.L.C. v. Mayor & City Council of Balt.*, 141 S. Ct. 1532, 1538 (2021) ("[W]hen a district court's removal order rejects all of the defendants' grounds for removal, § 1447(d) authorizes a court of appeals to review each and every one of them.").

Dated: March 14, 2022                        Respectfully submitted,

　

 /s/ Christopher S. Coleman
Kevin J. Driscoll            AT0002245
Andrew T. Patton           AT0011703
**FINLEY LAW FIRM, P.C.**
699 Walnut Street, Suite 1700
Des Moines, Iowa 50309
Telephone: 515-288-0145
Facsimile:  515-288-2724
Email: kdriscoll@finleylaw.com
　　　Apatton@finleylaw.com

Christopher S. Coleman
(Admitted *pro hac vice*)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: 602.351.8000
Facsimile:  602-648.7000
Email: CColeman@perkinscoie.com

**ATTORNEYS FOR DEFENDANTS**

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that, on March 14, 2022, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF system as follows:

>Matthew L. Preston
>Ann C. Gronlund
>Brad J. Brady
>**BRADY PRESTON GRONLUND PC**
>2735 First Avenue S.E.
>Cedar Rapids, IA 52402
>
>*Attorneys for the Plaintiffs*

/s/ Christopher S. Coleman