# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

October 11, 2022

Mr. Paul D. Clement
CLEMENT & MURPHY
706 Duke Street
Alexandria, VA  22314

     RE:  22-1550  Jennifer Cano, et al v. Tyson Foods, Inc., et al

Dear Counsel:

     The status report due on October 7, 2022 has been filed pursuant to this Court's letter of August 8, 2022.  Please file with this office a status report regarding developments in the case by December 8, 2022.

                                Michael E. Gans
                                Clerk of Court

NDG

cc:    Mr. Brad J. Brady
        Ms. Andrea R. Butler
        Mr.  Clerk, U.S. District Court, Southern Iowa
        Mr. Christopher S. Coleman
        Mr. Kevin J. Driscoll
        Ms. Ann C Gronlund
        Ms. Erin Murphy
        Mr. Andrew T. Patton
        Mr. Matthew L. Preston
        Mr. C. Harker Rhodes IV

     District Court/Agency Case Number(s):   3:20-cv-00094-JAJ