# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-1550

Jennifer Cano, Individually and as the Administrator executor Estate of Pedro Cano Rodriguez, et al.

Appellees

v.

Tyson Foods, Inc., et al.

Appellants

---

Appeal from U.S. District Court for the Southern District of Iowa - Eastern
(3:20-cv-00094-JAJ)

---

## ORDER

The stay of proceedings previously granted in this court is vacated as the petition for a writ of certiorari in *Buljic v. Tyson Foods, Inc.* No. 22-70, has been denied. Appellants' brief and appendix are due March 31, 2023.

March 01, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
        /s/ Michael E. Gans